**Ricky Joseph ALEX, Plaintiff–Appellant,**

v.

**Richard L. STALDER; Venetia Michaels; Jerry Goodwin; Ray Hanson; Jamie Fussell; Rios, Sgt.; Tony Tobin; Ricky Andrews; Tony Wainright, Defendants–Appellees.**

**No. 03–30340.**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Aug. 26, 2003.

Ricky Joseph Alex, Louisiana Department of Public Safety & Corrections, Homer, LA, pro se.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Ricky Joseph Alex (Alex), Louisiana prisoner # 98130, seeks to appeal from an order denying as premature his motion for service of process of his civil rights complaint filed pursuant to 42 U.S.C. § 1983. He argues that he is entitled to service of his complaint pursuant to FED. R. CIV. P. 4(c)(2).

The district court's order is not a final order appealable under 28 U.S.C. § 1291. *See Askanase v. Livingwell, Inc.*, 981 F.2d 807, 810 (5th Cir.1993). Nor is the order in the class of interlocutory orders subject

---

to appeal under 28 U.S.C. § 1292(a)(1)-(3). The district court did not certify the order as final pursuant to Fed. R. Civ. P. 54(b) or as appealable pursuant to 28 U.S.C. § 1292(b). The order also is not appealable pursuant to the collateral order doctrine. *See Brinar v. Williamson*, 245 F.3d 515, 517–18 (5th Cir.2001). Therefore, we lack jurisdiction to hear Alex's appeal from the district court's order. *See id.* at 518.

APPEAL DISMISSED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.